IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America *ex rel.* Rosanne Cottone,<br><br>        Plaintiff,<br><br>vs.<br><br>Kindred Rehab Services, Inc. d/b/a Peoplefirst Rehabilitation, Kindred Hospital Charleston, Kindred Healthcare, Inc., Hall Orcutt, Mary Van de Kamp, Stephen C. Mantegani, Athena Beldecos, and Velma Johnson,<br><br>        Defendants. | C.A. #2:08-cv-03953-PMD-RSC<br><br>**ORDER** |

This matter is before the court upon the magistrate judge's recommendation that defendant United States of America's motion to dismiss Counts 1-4 be granted. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(B).

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 US.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that **Counts 1-4 of the Complaint** are **dismissed without prejudice**, and United States of America is stricken from the caption and excluded from any future filings or notices herein. Further, the Relator, Rosanne Cottone, shall proceed *pro se* with Count 5. The Complaint shall be unsealed and the Clerk of Court shall prepare and forward a Serve Order directing Relator to serve the Complaint upon the defendants.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of

this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

November 4, 2009
Charleston, South Carolina