IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Rosanne Cottone, | C.A. #2:08-3953-PMD-RSC |
| Plaintiff, | |
| vs. | **ORDER** |
| Kindred Rehab Services, Inc. d/b/a Peoplefirst Rehabilitation, Kindred Hospital Charleston, Kindred Healthcare, Inc., Hall Orcutt, Mary Van de Kamp, Stephen C. Mantegani, | |
| Defendants. | |

This matter is before the court upon the magistrate judge's recommendation that the motion to dismiss on behalf of defendants Kindred Healthcare, Inc., Mary Van de Camp, Stephen C. Mantegani, and Hall Orcutt be granted . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(B).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that the motion to dismiss on behalf of defendants Kindred Healthcare, Inc., Mary Van de Camp, Stephen C. Mantegani, and Hall Orcutt is **GRANTED**, and defendants are hereby dismissed.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICK MICHAEL DUFFY
　　　　　　　　　　　　　　　　　　United States District Judge

August 5, 2010
Charleston, South Carolina